UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:17-CR-36-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) ) ) ) v. ) ) JESUS ANTONIO MILLAN-RASCON, ) ) Defendant. ) | **ORDER** |

IT IS HEREBY ORDERED ADJUDGED AND DECREED that Castillo Language Services be paid as an interpreter in the representation of this defendant in the amount of $1,149.20.

SO ORDERED this  9  day of _____February_____, 2018.

_____
The Honorable Chief Judge James C. Dever, III